# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

September 19, 2018

RE: *Vanderhurst v. Mohardt*
   PWG-13-2143

## **LETTER ORDER**

Dear Counsel:

 I have scheduled a conference call for September 21, 2018 at 9:30 a.m. Additionally, I have received the enclosed email with regard to one of the jurors selected in this case. During the September 21, 2018 conference call, we will discuss this email.

 Although informal, this letter is an order of this Court and shall be docketed as such.

/S/
Paul W. Grimm
United States District Judge

lyb