# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

**AVERY C. VANDERHURST,**

    **Plaintiff,**

**v.**                                                  Case No.: 8:13-cv-02143-PWG

**OFFICER THOMAS TIPPETT,**

    **Defendant.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF INTENT TO FILE STIPULATION OF DISMISSAL

The parties, through undersigned counsel, hereby advise the Court of their intent to file a Stipulation of Dismissal with prejudice within forty-five (45 days) pursuant to Federal Rule of Civil Procedure 41(a).

**Dated: September 24, 2018**

                                            Respectfully submitted,

_____/s/_____      _____/s/_____
Veronica B. Nannis (Bar No. 15679)      Christine M. Collins (Bar No. 14345)
Megan A. Benevento (Bar No. 19883)      (*signed by Veronica Nannis with permission*)
Joseph, Greenwald & Laake, P.A.      Associate County Attorney
6404 Ivy Lane, Suite 400      101 Monroe Street, Third Floor
Greenbelt, Maryland 20770      Rockville, Maryland 20850
Telephone: (301) 220-2200      Telephone: (240) 777-6765
Facsimile: (240) 553-1748      Facsimile: (240) 777-6705
vnannis@jgllaw.com      Christine.Collins@montgomerycountymd.gov
mbenevento@jgllaw.com
*Court-Appointed Counsel for Plaintiff*      *Counsel for Defendant Tippett*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                                                        _____/s/_____
                                                                  Veronica B. Nannis (Bar No. 15679)
                                                                  *Court-Appointed Counsel for Plaintiff*