IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AVERY C. VANDERHURST | * | |
| Plaintiff | * | |
| v. | * | Case No. 8:13-cv-02143-PWG |
| OFFICER THOMAS TIPPETT, #1375 | * | |
| Defendant | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case, by the authorized signatures of their attorneys below, and pursuant to Fed. R. Civ. P 41(a)(1)(a)(ii), jointly stipulate to the **dismissal with prejudice** any and all claims arising from the incident alleged in the Plaintiff's First Amended Complaint.

Respectfully submitted,

_____/s/_____
Christine M. Collins, Bar No. 14345
Associate County Attorney
(*signed with permission*)
*Attorneys for Defendant*
Montgomery County, Maryland
101 Monroe Street, Third Floor
Rockville, MD 20850
240-777-6700


_____/s/_____
Veronica B. Nannis, Esquire, Bar No. 15679
Megan Benevento, Esquire, Bar No. 19883
*Attorneys for Plaintiff*
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301-220-2200

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/
Megan A. Benevento (Bar No. 19883)
*Court-Appointed Counsel for Plaintiff*